FILED
CLERK, U.S. DISTRICT COURT

JUN 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Edna Arguilez-Urias,<br><br>    Defendant. | Case No.: 5:22-MJ-387<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1

and/or

B. (N) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation
(X) information in the violation petition and report(s)
(X) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 15, 2022

SHERI PYM
United States Magistrate Judge